**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| FASIL TAKLETSADIK, | * | |
| Petitioner, | * | Case No. 1:26-cv-03148-MJM |
| v. | * | |
| ROBERT GUADIAN, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Joint Status Report and Proposed Briefing Schedule filed by Petitioner, Fasil Takletsadik, and Respondents, Robert Guadian, Markwayne Mullin, and Todd Blanche, it is hereby,

**ORDERED**, that the following briefing schedule is **APPROVED**:

| Event | Deadline |
|---|---|
| Respondents to file response to Petition for Writ of Habeas Corpus | August 20, 2026 |
| Petitioner to file reply | August 27, 2026 |

It is further **ORDERED**, upon Petitioner's request and Respondents' non-opposition, that the Second Amended Standing Order 2025-01 (ECF No. 2) is hereby **EXTENDED** pending further Order of this Court.

August 14, 2026
_____
Date

Judge Matthew J. Maddox
United States District Court for the District of Maryland