**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **FASIL TAKLETSADIK,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**ROBERT GUADIAN, *et al.*,**<br><br>***Respondents.*** | **Civ. No.: MJM-26-3148** |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 3rd day of September, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Respondents' Motion to Dismiss (ECF No. 8) is GRANTED IN PART and DENIED IN PART;

2. U.S. Attorney General Todd Blanche is DISMISSED from this action;

3. Respondents' Motion to Dismiss (ECF No. 8) is DENIED in all other respects;

4. Petitioner Fasil Takletsadik's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Counts I and II, as follows:

    a. Respondents SHALL RELEASE Takletsadik from custody no later than **September 4, 2026, at 5:00 p.m.**; and

    b. Respondents are ENJOINED from re-detaining Takletsadik until he has received a fear interview with a DHS asylum officer and given the opportunity to seek review by an Immigration Judge of any negative fear determination;

5. The parties SHALL FILE a status report as to whether Respondents have complied with this Order no later than **September 11, 2026**; and

6. The Court shall retain jurisdiction of this matter to enforce compliance.

It is so ORDERED this 3rd day of September, 2026.

/S/
Matthew J. Maddox
United States District Judge